# EXHIBIT B



*Department Policy*

| SUBJECT: **REPORTS** | POLICY #: **601** | NO. OF PAGES: **6** |
|---|---|---|
| NOTES: | SUPERSEDES: **OCTOBER 31, 2018** | EFFECTIVE DATE: **JANUARY 8, 2021** |

### I. Purpose

Completing reports is a vital part of working at the Harris County Sheriff's Office (HCSO) for most employees.

This policy provides directives on different types of reports.

### II. Policy

Employees must complete a report whenever one is requested by a member of the public, or any time an incident should be documented for archival or legal purposes. If there are doubts about whether a report must be completed, a supervisor should be contacted for final determination.

Reports must be completed before the end of an employee's shift, except where otherwise authorized by this policy and the Department Manual. Reports may be delayed up to 48 hours with a supervisor's approval. The name and unit number of the authorizing supervisor will be included in the offense report.

### III. Incident Reports

Incident reports are narratives explaining the factual chronology of events while answering who, what, where, when, why, and how.

A. **Reportable Incidents**

1. If an employee is involved in an incident, either by conducting an investigation, responding to a scene, or observing a criminal act, an incident report is generally required.

2. Situations which must be documented in an incident report include:

    a. Arrests,

    b. Uses of force,

    c. Any criminal incident,

    d. Any situation requiring further investigation,

      e. Non-criminal activity which may later escalate into criminal activity or civil litigation, and

      f. Any other situation which may need to be documented or the facts could later be at issue.

  B. **Scene Summary**

  Incident reports must include a scene summary.

    1. A scene summary describes the location of the offense, type of premise, vehicle information if applicable, and location of any evidence.

    2. It should explain how the objects on scene, like a vehicle or evidence, relate to the offense being investigated.

  C. **Narrative**

  Incident reports must have a detailed narrative.

    1. The narrative must introduce subjects involved by role and full name – e.g. "the suspect John Doe."

    2. Subjects can be addressed by last name or role after being introduced.

    3. Explain what happened, what was said, who was spoken to, what actions were taken, and any other relevant information.

    4. Check the policy that pertains to the topic of your report. The policy often contains suggestions as to what you need to include in your report.

    5. An incident report will serve as a legal record and may be read by attorneys, judges, news media, and the public. With that in mind, remember it must be precise and professional.

IV. **Accident Reports**

Employees who respond to a vehicle accident must complete an accident report in accordance with the Texas Transportation Code, as well as a Law Report. Accident reports will be entered **within 48-hours**.

**NOTE**: Law Reports for vehicle accidents do not need a narrative. See below for more information on Law Reports.

V. **MFR Reports**

MFR is a program allowing employees to complete and manage reports. It is primarily used by employees assigned to law enforcement duties. One or several different types of MFR reports may be required depending on the incident.

A. **Law Report**

Law Report is a form in MFR which allows employees to submit their incident reports. Employees must also use Law Report to submit basic details regarding accident reports, in case the accident report is later lost or deleted.

1. The Law Report form has options for employees to input information regarding involved persons, vehicles, property, and more. Employees must complete as much of this form as possible.

2. Checkboxes in Law Report should be selected if they relate to the nature of the report. For example, check the CIT box if the report involved mental health.

3. In addition to the incident report, a Law Report requires a brief synopsis of the incident. This synopsis must not contain any personally identifying information because it may be publicly distributed. A good synopsis could be "Unknown suspect struck victim with closed fist, causing victim pain."

4. Employees must assign the case to themselves if no further investigation is needed, such as if no crime were committed, and close the case.

5. Employees must not close any case involving:

    a. Sex crimes,
    b. Child abuse,
    c. Robbery or aggravated assault,
    d. Information on suspects still at large,
    e. Follow up investigative information, or
    f. A scene where an investigator responded.

B. **Supplement Reports**

A supplement report is an addition to an incident report. A supplement report must be completed for any incident in which there is already an existing incident report, and there is no new offense.

1. Employees are able to submit supplement reports in MFR to Law Reports generated by most Harris County agencies.

2. If an employee is unable to submit a supplement report for any reason, an incident report must be completed instead.

    C. **Arrest Reports**

    Employees must complete an Arrest Report in MFR whenever an arrest is made. This applies in addition to any other reporting requirements, meaning an Arrest Report is always accompanied by an incident or supplement report.

    D. **Citations**

    MFR's citation form allows employees to issue either a warning or a citation for Class C misdemeanors. A warning or citation must be issued for every traffic stop.

    E. **Racial Profiling Form**

    A racial profiling form must be completed for every traffic stop. See *Policy #508 – Bias-Based Profiling*.

    **NOTE**: The racial profiling form is included in the citation form in MFR.

    F. **Property & Evidence Form**

    A property and evidence form, labelled "P&E Collection" in MFR, must be completed for every item submitted as property or evidence.

    G. **Tow Slip**

    A tow slip must be completed any time a vehicle is towed from an HCSO scene. See *Policy #619 – Towing*.

    H. **Call Notes**

    Certain calls for service, such as a loud noise disturbance, may not require an incident report. Whenever an incident report is not required, information should be documented in the call notes.

    If call notes span several pages, complete an incident report instead.

VI. **Attachments**

    Physical documents acquired in the course of investigation, like notes, forms, and worksheets, must be attached to the related incident report.

    A. Employees should reference included attachments in the report. This establishes a record of the attachment in case it is lost.

 B. Attachments should be uploaded in MFR. If for any reason that is not possible, they should be submitted as evidence.

## VII. Administrative Reports

A bureau may generate administrative reports as required, such as for statistical purposes. These reports will be governed by the bureau's standard operating procedures (SOP).

## VIII. Supervisor Responsibilities

 A. Supervisors are responsible for managing submitted reports and ensuring those reports are correctly categorized.

  1. Supervisors must:

   a. Ensure reports are free of spelling and grammatical errors;

   b. Ensure reports have the essential details and structure, such as a scene summary and suspect description if applicable;

   c. Ensure reports are approved, or denied if corrections need to be made, in a timely manner to prevent delay in any investigation;

   d. Ensure approved reports are disseminated to the appropriate investigative unit or other personnel; and

   e. Ensure outstanding reports are completed.

 B. **Missing Reports**

  Supervisors must check at least once per shift for missing reports and notify the affected personnel of their responsibility to complete the report.

  **NOTE**: A tutorial to check for missing reports is available on the intranet.

 C. **BlueTeam**

  The BlueTeam reporting software is used by supervisors to document incidents which require administrative review, such as pursuits and uses of force.

  1. A BlueTeam report must be submitted by the end of a supervisor's shift when it is required, unless otherwise authorized by the Department Manual.

## IX. Retention Period

Retention periods for reports will be governed by applicable law, and the Harris County Records Control Schedule.

### A. **Incident Reports**

1. Incident Reports:

    a. Must be maintained indefinitely, but

    b. May be expunged sooner if there's a court ordered expunction.

### B. **Accident Reports**

Accident reports must be retained for a minimum of two years, or indefinitely if they involve a fatality.

### C. **MFR and BlueTeam Reports**

MFR and BlueTeam reports will be retained in the same manner as the relevant incident report.

### D. **Administrative Reports**

Administrative reports will be maintained in accordance with the governing bureau's SOP.

## X. System Outage

If a report submission system, like MFR, is down for an extended period of time, employees must complete their reports consistent with procedures established by their Bureau Commander during the outage.

## XI. Failure to Complete Required Reports

Failure to complete a report by its deadline will result in disciplinary action up to and including termination.

**Revision**

This policy has been revised on the below listed dates:

| | |
|---|---|
| April 21, 2009 | May 15, 2018 |
| January 26, 2011 | January 8, 2021 |
| October 31, 2018 | |

*Patrol Standard Operating Procedures*

| SUBJECT: | SOP#: | NO. OF PAGES: |
|---|---|---|
| REPORTS | 207 | 7 |
| CALEA STANDARDS REFERENCE(S): | SUPERSEDES: | EFFECTIVE DATE: |
| 82.2.1, 82.2.2, 82.2.4 & 82.3.5 | 08/23/2019 | 04/22/2020 |

### I. POLICY

The report serves as a permanent record of the Harris County Sheriff's Office (HCSO) and may be required in subsequent legal proceedings. It is a reflection of the deputy, his supervisor, and the Sheriff's Office. Reports are critical to accurately document the activities of the Patrol Bureau in order to achieve their mission. When on duty, all law enforcement related activity performed by a deputy shall be documented by one of the following methods **[CALEA Standard 82.2.1]:**

A. a complete Law Enforcement report entered into MFR (to include Field Note Form, if applicable),

B. Arrest Report

  1. If an arrest is made from a Call for Service, the Arrest Report will be completed in addition to the Law Enforcement Report.

  2. Harris County Warrants, complete a Supplement Report and Arrest Report to the existing Law Enforcement Report number.

  3. Outside agency warrants, complete a Law Enforcement Report and Arrest Report.

C. a traffic/warning citation,

D. a crash report,

E. an appropriate supplemental report,

F. a completed entry in the Field Interview System of R.M.S., or

G. a field note/comment entered onto the call slip.

### II. PROCEDURES

A. A report shall be generated on all offenses against the State of Texas and/or citizens. An offense/incident report shall be generated when requested by a citizen of Harris County. All offense reports shall be entered into the MFR system. **[CALEA Standard 82.2.1 and 82.2.2]**

B. A report shall be generated on all true alarms, uses of force, reported cases of family violence, missing persons, runaways, and any other incidents that need to be documented for investigative and/or civil litigation purposes. **[CALEA Standard 82.2.1 and 82.2.2]**

| SUBJECT: | SOP #: | NO. OF PAGES: |
|---|---|---|
| **REPORTS** | **207** | **7** |

    C. Calls With a Mental Health Component

1. Deputies shall complete an incident report for any incident that has a mental health component. Deputies shall check the CIT checkbox and complete the CIT Data Collection Form that is accessed through the Mobile Field Reporting (MFR) tab. If the person has committed a crime and the person is to be arrested, the title of the report shall be the criminal offense committed. The secondary title should be Mental Health Investigation. The person is listed as the offender.

2. If the person has not committed a crime and is being handled for mental health purposes only, the title of the report is Mental Health Investigation and the individual is listed as the victim. For such incidents, deputies may supplement an original incident report involving the same individual if the original and subsequent incidents occurred in the same calendar year.

3. For any incident resulting in a Notification of Emergency Detention form, deputies shall document the name of the medical or behavioral health personnel who took custody of the person exhibiting mental health crisis.

4. If the individual has a Concealed Handgun License (CHL) or is a licensed commissioned security guard, deputies shall document these facts in the incident report and, if possible, include the CHL number and name of any security company employing the individual.

    D. A report shall be generated any time an arrest is made (see warrant arrest below), including "Class C" misdemeanors. **[CALEA Standard 82.2.1 and 82.2.2]**

    E. Warrant Arrest:

1. If an arrest is made for a warrant issued from a Harris County Law Enforcement agency (Sheriff's Office, Constables, Fire Marshal, and District Attorney) and the original report is in the Superion system, the deputy shall supplement the original report.

2. If an arrest is made for a warrant that was issued from another outside agency i.e. HPD, Pasadena PD, Jersey Village, etc., and that agency does not utilize Superion <u>OR</u> we do not have access to their Superion information, the deputy MAY generate field notes in place of an MFR report.

    F. Dispatch generates an event number for every call for service.

    G. In the event the MFR system is down for an extended period of time, the deputy shall generate a handwritten report on the HCSO Offense Report forms. Handwritten reports will be detailed and legible.

    H. All offense reports **shall** be completed prior to the end of the Deputy's tour of duty. With **prior** supervisor approval, entry of an offense report may be delayed **up to 48 hours**. The name and unit number of the authorizing

| SUBJECT:<br>**REPORTS** | SOP #:<br>**207** | NO. OF PAGES:<br>**7** |
|---|---|---|

supervisor shall be included in the offense report. Crash reports will be entered **within 48 hours**.

**III.     PROCEDURES – REPORT WRITING     [CALEA Standard 82.2.1]**

   A.  The deputy shall identify the complainant and/or reporting party, and any witnesses by gathering the following information: **[CALEA Standard 82.2.1]**

   1. Full name.

   2. Race, sex, age, date of birth.

   3. Home/work addresses and telephone numbers.

   4. Driver's license number and Social Security Number.

   5. All descriptors.

   6. Email address (if applicable)

   B.  The deputy shall identify the suspect(s) by gathering the following information (if known): **[CALEA Standard 82.2.1]**

   1. Full name and address.

   2. Height, weight, age, date of birth.

   3. Race (black, white, Hispanic, Asian, other).

   4. Skin color (dark, medium, light, Albino).

   5. Gender.

   6. Hair (color, length, style).

   7. Clothing description.

   8. Any identifying marks (tattoos, scars, burns, teeth, etc.).

   9. Vehicle description (if applicable).

   10. Any other information (alias, street names, nicknames, hangouts, associates).

   11. Telephone numbers, if known.

   C.  The deputy shall write a brief synopsis of the incident. The synopsis is distributed on any "Public Release" of a report, so should not contain any identifying information (including names and locations). It should simply be an *overview* of the event, including the elements of any offense that occurred (i.e. "Complainant advised suspect struck him in the face with his fist, causing pain."). **[CALEA Standard 82.2.1]**

   D.  The deputy shall write a detailed scene summary describing the location of the offense, type of premises, vehicle information, and location of evidence,

| SUBJECT: | SOP #: | NO. OF PAGES: |
|---|---|---|
| **REPORTS** | **207** | **7** |

    condition, how it relates to the offense being investigated, or any other information related to the scene. **[CALEA Standard 82.2.1]**

E. In the event a vehicle was involved in the offense, the vehicle information shall be listed on the vehicle screen, which shall include the following (if known): **[CALEA Standard 82.2.1]**

   1. Vehicle color.

   2. Vehicle year.

   3. Vehicle make/model

   4. Vehicle body style (two door, four door, etc.).

   5. License plate number/state.

   6. Vehicle Identification Number (VIN).

   7. Value.

F. The deputy shall list any property that was damaged, stolen, or recovered as evidence on the property screen. Found property shall also be listed on the property screen. The deputy shall use the code table to enter the type of property or brand name. The deputy shall also list the model number and market value of the property involved (if known). **[CALEA Standard 82.2.1]**

G. The deputy shall write a detailed narrative. The narrative should describe the facts of the offense in chronological order, and should answer the questions of who, what, when, where, how, and why. **[CALEA Standard 82.2.1]**

H. When writing the narrative, the deputy shall identify all persons involved by name. **[CALEA Standard 82.2.1]**

I. The deputy shall not use MFR codes such as C01, W01, D01, R01, or S01 when identifying persons involved in the narrative. This is confusing when reading the report, especially when there are more than one witness, suspect, etc. **[CALEA Standard 82.2.1]**

J. Deputies shall assign the case to themselves and close the case before forwarding to their supervisor for the following;

   1. Cases where no criminal offense occurred.

   2. Patrol filed charges and no further investigation is required.

   3. Class C citations were issued.

   4. The following codes shall be used when closing a report.

      a. CBA – Cleared by Arrest

      b. CCFA – Closed Charges Filed Adult

| SUBJECT: | SOP #: | NO. OF PAGES: |
|---|---|---|
| REPORTS | 207 | 7 |

      c. CCFJ – Closed Charges Filed Juvenile

      d. CLSD – Closed

      e. EXCC – Exceptionally Cleared-In Custody other Jurisdiction

      f. EXCJ – Exceptionally Cleared-Juvenile/No Custody

      g. EXCN – Exceptionally Cleared-Not Applicable

      h. EXCP – Exceptionally Cleared-Prosecution Declined

      i. EXCV – Exceptionally Cleared-Victim Refused To Co-Operate.

K. Deputies will not close the following cases. They are to be reviewed by the Investigative Bureau, who will close the cases after their review.

1. Aggravated Robbery
2. Robbery
3. Aggravated Assaults
4. Child abuse related offenses
5. Death Investigations (Suicides, DOA's)
6. Any scene/report that Homicide responds to
7. Sex Crimes
8. Any report with suspect information
9. Any report with follow up investigative information
10. Any scene where an Investigator responds.

L. The Patrol Supervisor shall proofread the report to ensure the reporting deputy has closed the case and entered the proper code, and is free of spelling and grammatical errors before approving the report. **[CALEA Standard 82.2.1]**

M. The offense report, with attachments, shall be disseminated to the appropriate Bureau/Division/Section (i.e., Report Section, Detective, Traffic, etc.). **[CALEA Standard 82.2.1, 82.2.4 and 82.3.5]**

IV. **PROCEDURES – ADDITIONAL INVESTIGATIVE FORMS**

    A. In addition to an MFR report, certain reports require additional information. Any additional/investigative forms **that have NOT been scanned into MFR**

| SUBJECT: | SOP #: | NO. OF PAGES: |
|---|---|---|
| **REPORTS** | **207** | **7** |

**as an attachment** shall be attached to a copy of the Public Release MFR report and submitted to the appropriate Agency/Division/Section.

B. All original HCSO supporting document(s) shall be shredded in accordance with *HCSO Department Policy #601- Reports*.

## V.  USE OF FORCE FORM (DUTIES AND RESPONSIBILITIES)

A. All employees shall be familiar with *HCSO Department Policy #501- Use of Force.*

B. It is the duty of all employees who have engaged in the use of force, whether the employee is on or off duty at the time, to report the use of force. The supervisor of the employee who was involved in the use of force event shall complete a Use of Force form in the Blue Team system, in addition to the employee completing an MFR report, promptly, completely and accurately prior to the end of the deputy's tour of duty.  Once the Use of Force form is completed in Blue Team, the supervisor shall forward the form electronically (via Blue Team) as outlined in *HCSO Department Policy #501 - Use of Force.*

C. If the involved employee is unable to complete the MFR report, an on duty supervisor shall take responsibility for ensuring both the Use of Force form and MFR report are completed.

D. **Supervisory Personnel**:

  1. An on duty supervisor shall review the MFR report to ensure accuracy, thoroughness, and completeness.

     a. If the documentation requires corrections or additions, he/she shall return the documentation to the involved employee.

     b. The supervisor shall ensure corrections are made and the Use of Force is forwarded, via Blue Team, prior to the end of the approving sergeant's tour of duty.

  2. Utilizing the Blue Team reporting system, the approving sergeant shall forward the approved Use of Force documentation to an on duty Watch Commander (with cc to the District/Division/Section Commander.

     a. In the event an on duty Watch Commander is unavailable, the completed Use of Force form shall be forwarded to the District/Division/Section Commander.

     b. If the District Commander is unavailable, the Administrative Supervisor shall review the documentation and forward to the Bureau Commander.

| SUBJECT: REPORTS | SOP #: 207 | NO. OF PAGES: 7 |
|---|---|---|

3. In all cases of Use of Force, the District/Division/Section Commander shall receive electronic notification, via the Blue Team reporting system, prior to the end of the approving sergeant's tour of duty.

**NOTE:** Any extension to the above time limits must be approved by the District/Division/Section Commander.

## VI. PROCEDURES – FIELD NOTES ENTERED ON CALLSLIPS

Deputy/Supervisor shall enter comments under the Field Note section of MFR, based on the good judgment of the responding deputy, in incidents where no criminal offense has been committed or alleged, and while maintaining the focus of liability to the deputy and the HCSO as a whole. In incidents where multiple pages of field notes are entered by the primary unit, the deputy will abandon such field notes and generate an MFR report.

## VII. PROCEDURES – FIELD NOTE FORM AND DWI/DUID WORKSHEET

Per Article 39.14 of the Texas Code of Criminal Procedure and the interpretation of that statute by the Harris County District Attorney, all deputies shall retain **ALL** field notes and DWI/DUID worksheets taken during an investigation of a criminal offense. To ensure compliance with the new legal requirement:

A. All patrol personnel utilizing Field Notes and/or DWI/DUID worksheets, for the purpose of completing an MFR report, shall use the approved Field Note form or approved DWI/DUID worksheet.

B. If Field Note forms and/or DWI/DUID worksheets are utilized, they shall be scanned into MFR under the appropriate case number.

C. The original Field Note forms or DWI/DUID worksheets **shall** be shredded after they have been successfully scanned into MFR.

**Revision:**

This policy has been revised on the below listed dates:

| | | |
|---|---|---|
| September 2010 | October 22, 2015 | August 23, 2019 |
| April 9, 2013 | January 15, 2016 | April 22, 2020 |
| October 30, 2013 | September 20, 2016 | |
| January 31, 2014 | September 20, 2016 | |
| March 13, 2014 | December 15, 2016 | |
| November 6, 2014 | May 29, 2018 | |
| March 12, 2015 | July 17, 2018 | |
| August 17, 2015 | October 26, 2018 | |