Exhibit 1
Delgado's body camera video (from 02:15 to 3:00 and 08:00 to 11:30)
*Video Labeled Exhibit 1 00001 Delgado BWC*
*filed on USB Flash Drive mailed to the clerk*