Exhibit 2
Ribbe's body camera video (from 07:51 to 11:30)
*Video Labeled Exhibit 2 00002 Deputy Ribbe BWC*
*filed on USB Flash Drive mailed to the clerk*