UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DEBORAH JONES-MACDONALD** § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Civil Action No.: 4:23-cv-2871 |
| § | |
| **RONALDO DELGADO, JR.,** § | |
| **CHARLES RIBBE** § | |
| **(in their individual capacities),** § | |
| **HARRIS COUNTY, TEXAS** § | |
| *Defendants*. § | |

## ORDER OF DISMISSAL

On this day, the Court considered Defendants Ronaldo Delgado, Jr., and Charles Ribbe's Motion to Dismiss Plaintiff's First Amended Complaint in the above entitled and numbered cause. After review of the file, including any response, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff's claims against Ronaldo Delgado, Jr., and Charles Ribbe are dismissed with prejudice.

Signed this _____, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE