| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Jones-MacDonald
v.
Harris County et al.

CASE NUMBER 4:23 cv 2871

Green folder in Clerk's office - USB Drive

**DOCUMENT IS:**

[✓] LOOSE IN FILE

[ ] IN VAULT SEALED

[ ] IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____



United States Courts
Southern District of Texas
FILED

NOV 14 2023

OFFICE OF THE
HARRIS COUNTY ATTORNEY
**CHRISTIAN D. MENEFEE**

Nathan Ochsner, Clerk of Court

November 9, 2023

**VIA PRIORITY MAIL EXPRESS**

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re:   *Deborah Jones-MacDonald*, Civil Action No. 4:23-cv-2871; In the United States District Court Southern District of Texas (Houston Division).

Dear Nathan Ochsner,

Enclosed please find a USB Flash Drive for filing in the above-referenced matter. This device contains videos labeled "**Exhibit 1 00001 Delgado BWC**" and "**Exhibit 2 00002 Deputy Ribbe BWC**". Please file this drive and its contents, as "**Exhibit 1**" and "**Exhibit 2**" respectively, attached to Defendants Ronaldo Delgado, Jr. and Charles Ribbe's Motion to Dismiss Plaintiff's Complaint, filed on November 9, 2023.

Please feel free to contact me at the phone number or e-mail on page 2 of this letter regarding any questions.

Respectfully submitted,

*/s/ Gregory Burnett*
GREGORY BURNETT
*Attorney for Defendants Rolando Delgado and Charles Ribbe*

                              Respectfully submitted,

OF COUNSEL:
CHRISTIAN MENEFEE
HARRIS COUNTY ATTORNEY

By:   */s/ Gregory Burnett*
      GREGORY BURNETT
      Assistant County Attorney
      ATTORNEY-IN-CHARGE
      State Bar No. 24057785
      Fed. Bar No. 3785139
      Telephone: 713-274-5224
      gregory.burnett@harriscountytx.gov

      Harris County Attorney's Office
      1019 Congress Street
      Houston, Texas 77002
      **ATTORNEY FOR DEFENDANTS ROLANDO DELGADO AND CHARLES RIBBE**

GB/kwc

Cc: All other parties via e-mail