UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DEBORAH JONES-MACDONALD,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | Civil Action No. 4:23-cv-2871 |
| **RONALDO DELGADO, JR.,** § | |
| **CHARLES RIBBE (in their individual** § | |
| **capacities), HARRIS COUNTY,** § | |
| **TEXAS,** § | |
| *Defendants.* | |

**<u>ORDER</u>**

The Motion to Dismiss having been filed by Harris County, and Plaintiff having filed her response, the Court grants the motion. All claims against Harris County are dismissed with prejudice.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
United States District Judge