United States District Court
Southern District of Texas
**ENTERED**
January 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, § | | |
| *Plaintiff,* § | | |
| § | | |
| vs. § | | CIVIL ACTION NO. 4:23-cv-2871 |
| § | | |
| RONALDO DELGADO, JR., § | | JURY TRIAL DEMANDED |
| CHARLES RIBBE § | | |
| (in their individual capacities), § | | |
| HARRIS COUNTY, TEXAS, § | | |
| *Defendants.* § | | |

## ORDER GRANTING AGREED MOTION TO EXTEND PLAINTIFF'S RESPONSE DEADLINE

On this day, the Court considered the Plaintiff's Agreed Motion to Extend Plaintiff's Response Deadline.

After considering the agreement, it is hereby ORDERED that:

Plaintiff's Response or Amended Petition is due on February 13, 2024.

SIGNED this __26th__ day of _____January_____, 2024.

_____
UNITED STATES DISTRICT JUDGE

3