## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-2871 |
| | § | |
| RONALDO DELGADO, JR., | § | JURY TRIAL DEMANDED |
| CHARLES RIBBE | § | |
| (in their individual capacities), | § | |
| HARRIS COUNTY, TEXAS, | § | |
| *Defendants.* | § | |

### UPDATED CERTIFICATE OF CONFERENCE FOR AGREED MOTION TO EXTEND PLAINTIFF'S RESPONSE DEADLINE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT SITTING IN THE SOUTHERN DISTRICT OF TEXAS:

Plaintiff DEBORAH JONES-MACDONALD (hereafter "Plaintiff") files the below updated certificate of conference for the previously filed Agreed Motion to Extend Plaintiff's Response Deadline.

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferenced with James Butt, counsel for Defendant Harris County, and he agreed to extend the deadline as contained in this motion; and Greg Burnett, counsel for Harris County Sheriff officers, who is unopposed to the deadline extension.

*/s/ Drew Willey*

Respectfully submitted,

By:*/s/ Drew Willey*
Drew Willey
SBN: 24093371
P.O. Box 30317
Houston, Texas 77249
713-739-9455 (p)
713-510-1950 (f)
drew@law-dw.com
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I, Drew Willey, certify by my signature below that the foregoing document was electronically filed with this Court on February 13, 2024, which constitutes service on Filing Users.

*/s/ Drew Willey*

1