United States District Court
Southern District of Texas
**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-02871 |
| | § | |
| HARRIS COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has filed a Motion to Compel Discovery. Dkt. 58. This motion was not filed in accordance with my court procedures, which provide as follows:

> Counsel are responsible for conferring in good faith to resolve discovery and scheduling disputes. If counsel for the parties are unable to reach an agreement, a conference with the Court must be sought by a joint letter filed with the Court. The parties should file a joint letter that does not exceed 2 pages, outlining the issues. The letter MUST specify the date, time and place of the parties' prior out-of-court discovery or scheduling discussion(s), the results of the discussions, and the names of all counsel or pro se parties participating therein. If counsel has been unable to confer because of the unavailability or unwillingness of certain counsel or pro se parties to do so, the statement shall recite the facts concerning attempts to confer.

Judge Edison's Court Procedures Rule 6E.

The Motion to Compel Discovery is struck. If either party wants to raise a discovery dispute, Rule 6E should be followed.

SIGNED this 28th day of January 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE