# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Deborah Jones–MacDonald

v.  Case Number: 4:23–cv–02871

HARRIS COUNTY, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 7666
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/6/2025

**TIME:** 02:45 PM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Document – #60

Date:   February 5, 2025                                                  Nathan Ochsner, Clerk