# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Deborah Jones−MacDonald

v.                                                    Case Number: 4:23−cv−02871

HARRIS COUNTY, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646−828−7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/19/2025

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Request for Pre−Motion Conference − #70

Date:   March 18, 2025                                    Nathan Ochsner, Clerk