United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § § § § § § § § § § | |
| Plaintiff. | | |
| V. | | CIVIL ACTION NO. 4:23-cv-02871 |
| HARRIS COUNTY, *et al.*, | | |
| Defendants. | | |

## ORDER

Pending before me is a discovery dispute concerning Harris County's objections to Plaintiff's 2/6/25 Subpoena to Produce Documents. *See* Dkt. 70. I previously heard oral argument, and now issue my rulings:

1. For Request Nos. 1-5, 7-15, 17-21, and 79-81, Harris County must produce the responsive policies, procedures, protocols, and trainings.

2. In responding to the subpoena, Harris County indicated that it will produce documents responsive to Request Nos. 22, 31, 34, 47-48, 53, 68, 74-75, and 90. Now that a protective order is put in place, such responsive documents must be produced.

3. Harris County's objections to Request Nos. 6, 16, 23-30, 32-33, 35-46, 51, 54-59, 69-73, 82-89, and 91 are sustained.

4. Harris County's objections to Request Nos. 49-50, 52, and 60-67 are overruled. Responsive documents must be produced.

5. For the following requests, Harris County did not object and has indicated that it has no responsive documents: Nos. 76-78.

SIGNED this 31st day of March 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE