United States District Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § § § | |
| Plaintiff. | § § | |
| V. | § § | CIVIL ACTION NO. 4:23-cv-02871 |
| HARRIS COUNTY, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff's Motion for Rule 11 Sanctions Against Defendant's Counsel (Dkt. 72) is **DENIED**.

SIGNED this 11th day of April 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE