UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | CIVIL ACTION NO. |
| § | | 4:23-cv-2871 |
| ROLANDO DELGADO, JR., § | | |
| CHARLES RIBBE § | | |
| (in their individual capacities), § | | |
| *Defendants.* § | | |

## MOTION FOR LEAVE TO EXCEED LOCAL RULE PAGE LIMIT FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD SERGEANT STEPHEN WILLIS AS A DEFENDANT

Pursuant to Local Court Procedures Rule 7, A., Plaintiff is requesting to exceed the 25-page limit for our motion for leave to file amended complaint to add Sgt. Stephen Willis as a Defendant by 2 pages. We felt we needed the extra space to convey our arguments and preserve our client's right to counsel. Therefore, we pray this court accepts the attached motion in its current form.

Respectfully submitted,

By:*/s/ Drew Willey*
Drew Willey
SBN: 24093371
P.O. Box 30317
Houston, Texas 77249
713-739-9455 (p)
713-510-1950 (f)
drew@law-dw.com
ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

      I, Drew Willey, certify by my signature below that the foregoing document was electronically filed with this Court on July 18, 2025, which constitutes service on Filing Users.

*/s/ Drew Willey*