# Exhibit 6

HCSO Policy #308 "Duty to Safeguard Persons and Property" as on August 13, 2021

**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

*Department Policy*

| SUBJECT: | POLICY #: | NO. OF PAGES: |
|---|---|---|
| DUTY TO SAFEGUARD PERSONS AND PROPERTY | 308 | 1 |
| NOTES: | SUPERSEDES: APRIL 21, 2009 | EFFECTIVE DATE: DECEMBER 2, 2020 |

### I. Policy

A. Any Harris County Sheriff's Office employee who has custody of any person or persons under arrest or detention shall be responsible for the proper safeguarding of such persons and their personal property.

B. No employee shall use offensive, demeaning, or uncomplimentary terms of speech or threatening or vulgar language when speaking or referring to a prisoner or an inmate.

### Revision

This policy has been revised on the below listed dates:

April 21, 2009
December 2, 2020