| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Jones-macdonald §
§
§  CASE NO. 4:23cv2871
§
§
§

v.

Harris County et al

USB - 3 usb's in one folder

_____

_____

_____

_____

DOCUMENT IS:

☒ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____

Case 4:23-cv-2871
Plaintiff's Motion to Add
Sgt. Willis Video Exhibits -
labeled on drive

Mailed by:
Atty. Drew Willey
713-739-9455
drew@law-dw.com

United States Courts
Southern District of Texas
FILED

JUL 23 2025

Nathan Ochsner, Clerk of Court