# Exhibit 1

Delgado Incident Report and Ribbe

Supplement Report