# Exhibit 5

HCSO Policy #305 "Performance of Duty," as on August 13, 2021

**Policy Violations**

**Policy #305 Performance of Duty**

I. Purpose
This policy establishes directives for the expected performance of Harris County Sheriff's Office (HCSO) employees to better serve the citizens of Harris County.

II. Policy
The HCSO expects its employees to provide competent, efficient, and courteous service to the public.

III. Performance of Duties
The following will govern how employees carry out their duties: [CALEA Standard 26.1.1]

> D. Efficiency
> Employees must discharge their duties in the most efficient manner possible.
>
> E. Failure to Perform Duty
> Employees who display reluctance to perform assigned duties properly, act in a manner to bring discredit upon themselves or the agency, fail to assume responsibility, or to exercise diligence, proper demeanor, intelligence, and interest in the discharge of duties, may be deemed negligent or incompetent and could be subject to disciplinary action, including suspension, demotion, or termination.

**Patrol SOP #207 Reports**

I. POLICY
The report serves as a permanent record of the Harris County Sheriff's Office (HCSO) and may be required in subsequent legal proceedings. It is a reflection of the deputy, his supervisor, and the Sheriff's Office. Reports are critical to accurately document the activities of the Patrol Bureau in order to achieve their mission. When on duty, all law enforcement related activity performed by a deputy shall be documented by one of the following methods [CALEA Standard 82.2.1]:

> A. a complete Law Enforcement report entered into MFR (to include Field Note Form, if applicable),
>
> D. a crash report

II. PROCEDURES

> A. A report shall be generated on all offenses against the State of Texas and/or citizens. An offense/incident report shall be generated when requested by a

citizen of Harris County. All offense reports shall be entered into the MFR system. [CALEA Standard 82.2.1 and 82.2.2]

B. A report shall be generated on all true alarms, uses of force, reported cases of family violence, missing persons, runaways, and any other incidents that need to be documented for investigative and/or civil litigation purposes.

[CALEA Standard 82.2.1 and 82.2.2]

**Patrol SOP #402 Traffic Crash Investigation**

I. POLICY
The Patrol Bureau requires that all crashes be investigated as required by State Law. Therefore, it will be the policy of the Patrol Bureau that the procedures set forth within this policy are complied with in their entirety.

B. Crash Reporting – Basic data collection to identify and classify a traffic crash, persons, vehicles, time/location, planned movements involved, and contributing factors causing the crash.

III. PROCEDURES [CALEA Standard 41.2.3]
D. The first deputy at the scene should be responsible for investigating and completing the crash report. The second deputy at the scene should assist with traffic control.