# Exhibit 8

Willis' Deposition Video

*Video Labeled "Exhibit 8 Willis Deposition," filed on USB Flash drive mailed to the clerk*