# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:23-cv-2871 |
| | § | |
| RONALDO DELGADO, JR., | § | |
| CHARLES RIBBE | § | |
| (in their individual capacities), | § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD SERGEANT STEPHEN WILLIS AS A DEFENDANT

This matter is before the Court on Plaintiff's Motion for Leave to File an Amended Complaint to Add Sergeant Stephen Willis as a Defendant. The Court, having reviewed the Motion and being fully informed in the matter, ORDERS as follows:

The Plaintiff's Motion for Leave to File an Amended Complaint to Add Sergeant Stephen Willis as a Defendant is hereby GRANTED. Plaintiff will have ____ days to file an Amended Complaint adding Sergeant Stephen Willis as a Defendant. Defendants will have ____ days after Plaintiff files her Amended Complaint with the Court to respond to Plaintiff's Amended Complaint.

SIGNED this _____ day of _____, 2025.

Entered by the Court:

_____

HONORABLE JUDGE

UNITED STATES DISTRICT COURT