# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, §<br>    *Plaintiff,* §<br> §<br>vs. §<br> §<br>ROLANDO DELGADO, JR., §<br>CHARLES RIBBE §<br>(in their individual capacities), §<br>HARRIS COUNTY, TEXAS, §<br>    *Defendants.* § | | CIVIL ACTION NO. 4:23-cv-2871<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER [DKT. 124]

This matter is before the Court on Plaintiff's Motion for Partial Reconsideration of Order [Dkt. 124]. The Court, having reviewed the Motion and being fully informed in the matter, ORDERS as follows:

Plaintiff's Motion for Leave to File Amended Complaint to Add Harris County as a Defendant and Reconsider Dismissing Harris County is hereby GRANTED. Plaintiff may amend its complaint to include *Monell* liability claims against Defendant Harris County.

SIGNED this _____ day of _____, 2026.

Entered by the Court:

_____
HONORABLE JUDGE
UNITED STATES DISTRICT COURT