**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEBORAH JONES-MACDONALD** *Plaintiff*, | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No.: 4:23-cv-2871** |
| | § | |
| **ROLANDO DELGADO, JR.,** | § | |
| **CHARLES RIBBE** | § | |
| **(in their individual capacities)** | § | |
| *Defendants*. | § | |

**DEFENDANTS' EXHIBIT LIST**

| No. | Description | Bates No. | Will Use | May Use | Agreed | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 1 | Delgado BWC Video | HC-Subp_0205 | X | | | | |
| 2 | Deputy Ribbe BWC | HC-Subp_0206 | X | | | | |
| 3 | Deputy Ribbe Dash Cam Video | HC-Subp_0207 | | X | | | |
| 4 | Demonstrative-Aerial Photo of Apartment Complex layout where Incident Occurred | | | X | | | |
| 5 | Event Report 1629218879891 | HC-Subp_0497 | | X | | | |
| 6 | Photos of Delgado bite mark | Delgado_Ribbe_00010-00011 | | X | | | |
| 7 | Photos of Ms. Jones-MacDonald | Delgado_Ribbe_00019-00021 | | X | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Cross Designation of Deposition Transcript Excerpts and any recorded statements | Will identify once Plaintiff identifies Deposition Excerpts and recorded statements intended to be used by Plaintiff | | X | | | |

Date: August 28, 2026.

Respectfully submitted,

By: */s/Gregory Burnett*

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
gregory.burnett@harriscountytx.gov

**RACHEL FRASER**
Assistant County Attorney
SENIOR ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002
Tel: (713) 274-5224 (direct)

**ATTORNEY FOR DEFENDANTS ROLANDO DELGADO, JR. AND CHARLES RIBBE**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Gregory Burnett*
GREGORY BURNETT