**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD,<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 4:23-cv-2871 |
| ROLANDO DELGADO, JR.,<br>CHARLES RIBBE<br>(in their individual capacities),<br>HARRIS COUNTY, TEXAS,<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff respectfully requests that the Court ask the following questions, or their substance, to identify bias or inability to follow the law in this Fourth Amendment excessive-force and unreasonable-seizure case. The questions are intentionally phrased for Court-led voir dire and are not intended to preview evidence or obtain commitments on the merits.

## A. LAW ENFORCEMENT CONNECTIONS, EXPERIENCES, AND CREDIBILITY

- Have you, a close family member, or a close friend ever worked for a police department, sheriff's office, constable's office, corrections agency, prosecutor's office, or other law-enforcement agency? Please describe the relationship and whether it would affect your ability to be impartial.
- Would anyone begin this case with the assumption that a law-enforcement officer is more credible than a civilian simply because the witness is an officer?
- If an officer's sworn testimony and a body-camera recording appear to conflict, would anyone be unable to evaluate the video and the testimony independently and decide which evidence is more reliable?
- Would anyone feel that police officers should receive the benefit of the doubt in a civil case simply because their jobs can be dangerous, even if the Court instructs you to apply an objective legal standard to the particular facts?

## B. POLICE AUTHORITY, CIVIL RIGHTS, AND ACCOUNTABILITY

- Does anyone believe that a person must obey every direction given by a police officer regardless of whether the officer has legal authority to give that direction?
- Would anyone have difficulty following a legal instruction that police authority has limits and that an officer may be held personally liable for violating the Constitution?
- Would anyone be unable to return a verdict against a police officer if the evidence and the law required it?

**C. PRIVATE REPOSSESSIONS, TOWING, AND CIVIL DISPUTES**

- Have you, a family member, or a close friend ever had a vehicle repossessed, worked in repossession or towing, financed vehicles, collected secured debts, or been involved in a dispute over repossessed property?
- Does anyone have strong views about people whose vehicles are subject to repossession, including a belief that owing money or being in default makes a person less deserving of legal protection?
- Does anyone have strong views about whether police officers should assist a private repossession company in completing a repossession when the owner or possessor objects?
- Would anyone have difficulty following an instruction that a private self-help repossession may proceed only without a breach of the peace, and that police may keep the peace but may not use official authority to aid in a private possessory dispute?

**D. USE OF FORCE, RESISTANCE, AND DE-ESCALATION**

- Would anyone have difficulty accepting that the law requires the amount of police force to be proportional to the need for force at the particular time it is used?
- Does anyone believe that once a person resists a police officer in any way, even verbal, the officer is entitled to use whatever amount of force the officer thinks necessary without further limitation?
- Would anyone have difficulty following a legal distinction between passive resistance or noncompliance and active physical resistance?
- Would anyone have difficulty evaluating the encounter in stages, recognizing that force that may be reasonable at one moment can become unreasonable if the threat or resistance changes?
- Would anyone have difficulty considering whether warnings, an opportunity to comply, verbal communication, or reasonable de-escalation were available before force was used?
- This case includes an allegation that Plaintiff bit an officer after physical force had already begun. Would anyone automatically conclude from the allegation of a bite that all force used by the officers, including force used before the alleged bite, must have been lawful?
- Would anyone be unable to follow an instruction that conduct occurring later cannot retroactively justify force used earlier?
- Would anyone believe that once a person physically resists at any point, later or earlier force by an officer is automatically reasonable, regardless of when the resistance occurred or how the circumstances changed?

**E. RACE, AGE, GENDER, AND PERCEPTIONS OF THREAT**

- Plaintiff is a Black woman who was 65 years old at the time of the incident. Is there anything about her race, sex, or age that you believe might consciously or unconsciously affect how you evaluate her conduct, credibility, or damages?
- People sometimes describe the same tone or conduct differently depending on who is speaking. Would anyone have difficulty examining whether assumptions or stereotypes about race, sex,

or age might affect a perception that a person was angry, belligerent, threatening, or noncompliant?

- Would anyone have difficulty giving the testimony of an older Black woman the same careful consideration as the testimony of uniformed male law-enforcement officers?

**F. BODY-CAMERA EVIDENCE AND MEMORY**

- If an officer's written incident report differs materially from what you see or hear on an admitted video, could you consider any explanation for the difference but still decide, based on all the evidence, whether the report was inaccurate or knowingly inconsistent with what occurred?

**G. INJURY, MENTAL ANGUISH, AND NON-ECONOMIC DAMAGES**

- Does anyone believe that a person cannot be seriously harmed unless there is a large medical bill, surgery, hospitalization, or permanent visible injury?
- Would anyone have difficulty awarding damages for physical pain, fear, humiliation, anxiety, or emotional distress if those injuries are proved, even though those harms do not have an invoice or precise mathematical price?
- Does anyone not believe in therapy to address things like PTSD, anxiety, psychiatric treatment, or other mental-health care?
- Would anyone impose a personal ceiling on an award for pain, emotional distress, or other non-economic harm regardless of the evidence and the Court's instructions?

**H. PUNITIVE DAMAGES**

- Would anyone be unable, as a matter of principle, to award punitive damages against an individual police officer even if the Court instructs you that the legal standard has been proved?

**I. BURDEN OF PROOF AND ABILITY TO DECIDE**

- This is a civil case. The burden of proof is preponderance of the evidence, meaning more likely true than not true. Would anyone hold Plaintiff to a criminal-law standard such as proof beyond a reasonable doubt?
- Would anyone have difficulty deciding against a law-enforcement officer based on a preponderance of the evidence rather than requiring proof beyond a reasonable doubt or near certainty?
- Is there any belief, experience, relationship, or circumstance we have not asked about that would make it difficult for you to decide this case fairly and impartially under the Court's instructions?

Respectfully submitted,

By:***/s/ Drew Willey***
Drew Willey SBN: 24093371
P.O. Box 30317
Houston, Texas 77249

713-739-9455 (p)
713-510-1950 (f)
drew@law-dw.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Drew Willey, certify by my signature below that the foregoing document was electronically filed with this Court on August 28, 2026, which constitutes service on Filing Users.

***/s/ Drew Willey***