| Exhibit No. | Exhibit Description | Bates / Dropbox File Name |
|---|---|---|
| P-1 | Full body-worn camera video from Defendant Rolando Delgado, Jr. | Exhibit 1 00001 Delgado BWC |
| P-2 | Full body-worn camera video from Defendant Charles Ribbe | Exhibit 2 00002 Deputy Ribbe BWC |
| P-3 | Ribbe dash-camera video | HC-Subp_0207 Deputy Ribbe Dash Camera Video |
| P-4 | December 2, 2021 attempted contact with complainant video/audio/recording | HC-Subp_0208 12-2-2021 Attempted contact with Complainant |
| P-5 | Scene photograph showing Plaintiff on the ground while restrained by Delgado and Ribbe | image0.png |
| P-6 | Photographs of Plaintiff's facial bruising and swelling | image1.jpeg; image2.jpeg; image5.jpeg; image6.jpeg |
| P-7 | Photograph of Plaintiff's arm bruising | image7.jpeg |
| P-8 | Photographs of Plaintiff's knee bruising, swelling, and abrasions | image3.jpeg; image4.jpeg |
| P-9 | Photograph of Plaintiff's ankle/lower-leg injury | image8.jpeg |
| P-10 | HCSO photographs from incident report / investigation packet | 00010-00021 HC210804883 Photos.pdf |
| P-11 | Photographs packet provided by Deborah Jones-MacDonald and produced in HCSO materials | 0193-0204 Photos Packet provided by Deborah Jones_redacted.pdf |
| P-12 | HCSO incident/offense report concerning August 13, 2021 incident, Report No. 2108-04883 | 00003-0009 210804883 Incident Report_redacted.pdf; 0150-0156 210804883 Incident Report_redacted.pdf |
| P-13 | Additional HCSO incident report packet concerning Report No. 2108-04883 | 0182-0188 Incident Report #2108-04883_redacted.pdf; 0522-0528 HCSO 2108-04883_redacted.pdf |
| P-14 | CAD / call slip record for call #2021-2532988 | 0169-0171 Call Slip #2021-2532988_redacted.pdf |
| P-15 | CAD / call slip record for call #2021-2533048 | 0172-0173 Call Slip #2021-2533048_redacted.pdf |
| P-16 | UOF2021-01153 and PL2021-00760 materials | 0539-0553 UOF2021-01153 and PL2021-00760.pdf |
| P-17 | HCSO / Internal Affairs email thread stating deputies appeared to act within policy, referencing BWC review, UOF2021-01153, PL2021-00760, and photographs | 0 email of HCSO saying deputies actions within policy.pdf; 0503 FW 68594-OS Assaulted by Harris County Sheriffs.msg.pdf |
| P-18 | Administrative closure letter for Plaintiff's internal-affairs complaint | 0168 Administrative Closure Letter.pdf |
| P-19 | Plaintiff / complainant sworn statement in HCSO internal-affairs materials | 0157-0163 IA2022-00058_Deborah Jones Sworn Statement - Complainant _redacted.pdf; 0174-0180 Deborah Jones Sworn Statement - Complainant_redacted.pdf |
| P-20 | HCSO communications concerning Plaintiff's complaint and concerns | 0501 FW Complainant's Concerns - Deborah Jones_redacted.pdf; 0521 FW Complaints attachment to email 8.17.21_redacted.pdf |
| P-21 | Media Complaint #1 materials concerning Plaintiff's complaint | 0529-0534 Media Complaint #1.pdf |
| P-22 | Media Complaint #2 materials concerning Plaintiff's complaint | 0353-0537 Media Complaint #2.msg_redacted.pdf |
| P-23 | Online complaint materials concerning Plaintiff's complaint | 0538 Online Complaint_redacted.pdf |
| P-24 | December 2, 2021 attempted contact / follow-up email and related event report materials | 0495 12-2-21 EMAIL SENT.msg_redacted.pdf; 0496 Email response from complainant_redacted.pdf; 0497 EventReport1629218879891_redacted.pdf |

| | | |
|---|---|---|
| P-25 | Jail booking report and jail photograph for Plaintiff | 0469 jones-macdonald photo.pdf; 0470-0472 jones-macdonald report Booking_redacted.pdf |
| P-26 | Harris County inmate medical records and medical-record request materials | 0181 Email sent for Medical Records Request for Inmate Deborah Jones-MacDonald SPN 03107848.pdf; 0189-0190 Medical Records for Inmate Deborah Jones-MacDonald_redacted.pdf; 0191-0192 Medical Records Request for Inmate Deborah Jones_redacted.pdf |
| P-27 | HCSO Policy No. 501, Use of Force / De-Escalation and Response to Resistance | 0099-0116 501 2021-02-19-501 Policy issued 501 2-19-21.pdf; 2021-08-26-501-De-Escalation-and-Response-to-Resistance (2) |
| P-28 | HCSO Policy No. 601, Reports | 0117-0122 601 Reports 1-8-21.pdf; 2021-01-08-601-Reports |
| P-29 | HCSO Policy No. 207, Reports | 2020-04-22-207-Reports |
| P-30 | HCSO Policy No. 618, Body-Worn Cameras | 0129-0141 618 BWC 3-9-20.pdf |
| P-31 | HCSO SOP No. 117, In-Car Digital Video | 0056-0058 117 SOP Patro SOP 117 In Car DV.pdf |
| P-32 | HCSO Policy No. 308, Duty to Safeguard Persons and Property | 0098-0098 308 2020-12-02-308-Duty-to-Safeguard-Persons-and-Property.pdf |
| P-33 | HCSO Policy No. 605, Storage of Evidence | 0123-0128 605- Storage of Evidence.pdf |
| P-34 | HCSO Policy No. 231, Internal Investigations | 0059-0066 231 2021-06-17-231-Internal-Investigations.pdf |
| P-35 | HCSO Policy No. 301, Corrective Actions and Disciplinary Procedures | 0074-0082 301 2021-06-15-301-Corrective-Actions-and-Disciplinary-Procedures.pdf |
| P-36 | HCSO Policy No. 233, Personnel Early Warning System / PEWS | 0067-0070 233 2022-12-16-233-Personnel-Early-Warning-System-PEWS-HR.pdf |
| P-37 | HCSO disciplinary matrix | 0142-0149 2021-08-20 Disciplinary-Matrix-08-02-21.pdf |
| P-38 | HCSO Policy No. 302, Professional Conduct Required | 0083-0086 302 2020-12-02-302-Professional-Conduct-Required.pdf |
| P-39 | HCSO Policy No. 303, Conduct Prohibited | 0087-0094 303 2021-06-29-303-Conduct-Prohibited-1.pdf |
| P-40 | HCSO Policy No. 307, Supervisory Responsibility | 0095-0097 307-Supervisory-Responsibility.pdf |
| P-41 | HCSO Policy Nos. 101, 102, and 103 concerning patrol-bureau command/supervision | 0001-0003 101-Patrol-Bureau-Captain.pdf; 0004-0008 102-Patrol-Bureau-Lieutenant.pdf; 0009-0012 103 Patrol-Bureau-Sergeant.pdf |
| P-42 | HCSO Policy No. 108, Field Training Program | 0013-0055 108-Field-Training-Program.pdf |
| P-43 | IA2021-00293 materials concerning Charles Ribbe reporting/CRIS issue | 0213 Case To Be Removed IA2021-00293 (C Ribbe).pdf |
| P-44 | Facts-revealed report concerning IA2021-00293 / Charles Ribbe reporting issue | 0430-0432 Facts Reveal_redacted.pdf |
| P-45 | Policy-violation materials concerning IA2021-00293 / Charles Ribbe reporting issue | 0451-0452 Policy Violations.pdf |
| P-46 | Emails concerning CRIS/reporting issue involving Charles Ribbe | 0417-0418 Email Re CRIS.pdf; 0419-0420 email-1 Re CRIS.pdf; 0421-0423 Email-2 Re CRIS.pdf |

| | | |
|---|---|---|
| P-47 | IA2021-00293 history report and administrative materials for Charles Ribbe | 0433 IA2021-00293 - Deputy Charles Ribbe - History Report_redacted.pdf; 0434-0436 IA2021-00293 ADC SHEET C RIBBE (AMD).pdf |
| P-48 | IA2021-00293 disciplinary packet for Charles Ribbe | 0437-044 IA2021-00293 -CRibbeSUS071822-Discpl_redacted.pdf; 0453-0454 SHERIFF'S APPEAL - OVERTURED 16HRSUSP60DAYPROB 080222_redacted.pdf |
| P-49 | Charles Ribbe history sheet | 0455-0456 Charles Ribbe History Sheet_redacted.pdf |
| P-50 | Charles Ribbe TCOLE training records | 0475-0476 TCOLE Training Records for Charles Ribbe_redacted.pdf |
| P-51 | Charles Ribbe employee evaluations and checklist materials | 0417-029 Employee Eval Charles Ribbe 060920_redacted.pdf; 0424 Employee Checklist 1.pdf; 0425 Employee Checklist 2.pdf; 0426-027 Employee Eval Charles Ribbe 060821_redacted.pdf |
| P-52 | Rolando Delgado history sheet | 0457-0468 Deputy Delgado History Sheet_redacted.pdf |
| P-53 | Rolando Delgado TCOLE training records | 0485-0494 TCOLE Training Records for Rolando Delgado_redacted.pdf |
| P-54 | Rolando Delgado personnel file | ROLANDO_DELGADO_PERSONNEL_FILE_Redacted.pdf |
| P-55 | Signed administrative closure letter for prior IA matter | 0473-0474 Signed Admin Closure Letter IA2017-00043.pdf |
| P-56 | Stephen Willis history sheet | HC-Subp_0554-0556 Sgt. Stephen Willis History Sheet_redacted for Jones MacDonald subpoena.pdf |
| P-57 | Stephen Willis personnel file | WILLIS_STEPHEN_Redacted.pdf |
| P-58 | Internal Affairs complaint history | Internal Affairs Complaint History.pdf |
| P-59 | HCSO policy-violations summary | HCSO_policy_violations_summary.csv |
| P-60 | District 5 materials produced in discovery | 0214-0416 District 5.pdf |
| P-61 | Video deposition of Defendant Charles Ribbe | Charles Ribbe 02.12.2025 Wit 1 of 1 |
| P-62 | Video deposition of Defendant Rolando Delgado, Jr., Part 1 | Rolando Delgado 02.12.2025 Wit 1 of 2 |
| P-63 | Video deposition of Defendant Rolando Delgado, Jr., Part 2 | Rolando Delgado 02.12.2025 Wit 2 of 2 |
| P-64 | Video deposition of Sgt. Stephen Willis | Stephen R. Willis 04.22.2025 PIP 1 of 1 |
| P-65 | Defendant Rolando Delgado, Jr.'s answers to interrogatories | 2025.01.24 Delgado Answers to ROG.pdf |
| P-66 | Defendant Charles Ribbe's answers to interrogatories | 2025.01.24 Ribbe Answers to ROG.pdf |
| P-67 | Defendants Delgado and Ribbe's answers to requests for admission | 2025.01.24 Delgado and Ribbe's Answers to RFA.pdf |
| P-68 | Defendants Delgado and Ribbe's responses to requests for production | 2025.01.24 Delgado and Ribbe's Answers to RFP.pdf |
| P-69 | Plaintiff Deborah Jones-MacDonald's discovery responses | Discovery Responses_JonesMacDonald.pdf; Int_pdf.pdf; RFA_pdf.pdf; RFP_pdf.pdf |
| P-70 | Plaintiff Deborah Jones-MacDonald's notarized verification of discovery responses | NOTARIZED DOCUMENT.pdf |
| P-71 | Affidavit of Rodd MacDonald | Rodd.pdf |
| P-72 | Affidavit of Steve Belle | Steve.pdf |

| | | |
|---|---|---|
| P-73 | Disposition/dismissal records concerning Plaintiff's assault-on-a-peace-officer charge | 107769489.PDF; 107747581.PDF |
| P-74 | Message Log Reports | S00622.pdf; S00762.pdf; S00846.pdf; S27010.pdf; S29655.pdf |
| P-75 | Signature Care Cypress medical records reflecting post-incident complaints, treatment, and harm | SIGNAURE CARE CYPRESS.pdf |
| P-76 | Legacy Community Health medical records reflecting post-incident physical complaints, referrals, and treatment | MR&BR Legacy Community Health Services.pdf; MR&BR Legacy Community Health Services2.pdf; 2021-10-18_120055.pdf; Document_2021-09-24_100857 (1).pdf |
| P-77 | Legacy Community Health / behavioral-health records reflecting PTSD, anxiety, emotional distress, and treatment after incident | PTSD_ANXIETY_Medical Records.pdf |
| P-78 | South Loop MRI records reflecting post-incident imaging | MR-South Loop MRI.pdf |
| P-79 | Radiology Providers of Texas records reflecting post-incident imaging | MR&BR-Radiology Providers of TX.pdf |
| P-80 | Spine and Joint Institute of Texas records reflecting post-incident complaints, consultation, and treatment | MR&BR Spine and Joint Institute of Texas.pdf |
| P-81 | North Houston / Woodlands physical therapy records | MR-Woodlands PT.pdf; BR-Woodlands PT .pdf; MR&BR-Northstar .pdf |
| P-82 | Injury Centers of Houston records | MR&BR-Injury Centers.pdf |
| P-83 | LA RX pharmacy records | MR&BR-LA RX .pdf |
| P-84 | Innova Anesthesia records | MR - INNOVA ANESTHESIA PLLC.pdf |
| P-85 | Medical provider list for Deborah Jones-MacDonald | Medical Providers List - Deborah Jones.pdf |
| P-86 | Medical-record packets produced by Plaintiff reflecting post-incident harm and treatment | Medical Records_JonesMacDonald.pdf; My Medical Record_Mi Registro Médico.pdf; My Medical Record_Mi Registro.pdf |
| P-87 | Plaintiff's police-practices expert report of Mark Howse | Jones-Macdonald Case Report_Howse Police Expert.pdf |
| P-88 | Plaintiff's demonstrative chart summarizing Graham and HCSO use-of-force reasonableness factors, based on admitted evidence and Court's instructions | Jones-MacDonald_Graham_HCSO_Reasonableness_Demonstrative.docx |
| P-89 | BWC excerpt | Dee Jones-MacDonald Police Abuse Video Clip |