United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DEBORAH JONES-MACDONALD, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-02871 |
| | § | |
| HARRIS COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

At a status conference on September 3, 2026, Plaintiff's counsel indicated that he intends at trial to (1) present deposition testimony from Defendants Ronaldo Delgado, Jr. and Charles Ribbe; and (2) call Defendants to the stand to answer some additional questions. Defendants object to this approach. I promised the parties I would review the relevant case law and promptly issue a ruling to help the parties prepare for the September 8 trial.

The Federal Rules of Civil Procedure provide that "[a]n adverse party may use for any purpose the deposition of a party." Fed. R. Civ. P. 32(a)(3). This rule "permits a party to introduce the deposition of an adversary as part of his substantive proof regardless of the adversary's availability to testify at trial." *Coughlin v. Capitol Cement Co.*, 571 F.2d 290, 308 (5th Cir. 1978). As such, it is well-established that Plaintiff can present deposition testimony from Defendants to the jury at trial.

The parties in a civil trial also have the fundamental right to call any witness if that witness's testimony is relevant to the issues in the case. *See Kelly v. Boeing Petroleum Servs., Inc.*, 61 F.3d 350, 359 (5th Cir. 1995); *Johnston v. Harris Cnty. Flood Control Dist.*, 869 F.2d 1565, 1578 (5th Cir. 1989). As the trial judge, it is not my role to force Plaintiff to pick between live testimony or deposition testimony. Plaintiff can offer both at trial so long as the testimony is not cumulative or

repetitious. *See Gauthier v. Crosby Marine Serv., Inc.*, 752 F.2d 1085, 1089 (5th Cir. 1985).

Given this legal framework, Plaintiff will be permitted, in her case in chief, to present deposition testimony from Defendants and to call Defendants to the witness stand. I will not, however, allow Plaintiff's counsel to retread at trial ground covered with Defendants at their depositions. Duplicative or cumulative testimony is strictly prohibited.

SIGNED this 4th day of September 2026.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE